# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2021 KW 0414

**JULY 19, 2021**

In Re: Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 215530.

BEFORE: **WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to vacate and set aside conviction and sentence, filed May 15, 2020, on or before August 16, 2021. A copy of the district court's action shall be filed in this court on or before August 23, 2021.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT